**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., an Arizona limited liability company, and LPL LICENSING, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>ADVANCE AMERICA, CASH ADVANCE CENTERS, INC.,<br><br>Defendants. | Civil Action No. 2:15-cv-1367-JRG-RSP<br>**LEAD CASE** |
| PHOENIX LICENSING, L.L.C., an Arizona limited liability company, and LPL LICENSING, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No. 2:15-cv-01373-JRG-RSP |

**ORDER OF DISMISSAL**

On this day, Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. ("Plaintiffs") and Nissan North America, Inc. ("Defendant") announced to the Court that, pursuant to Rule 41(a)(1)(ii), Plaintiffs and Defendant jointly stipulate to the dismissal without prejudice of all claims and counterclaims in this matter, with each party to bear their

own attorneys' fees, costs, and expenses.

The Court, having considered this request, hereby GRANTS the parties' motion and ORDERS that all claims and counterclaims be dismissed without prejudice, with each party to bear their own attorneys' fees, costs, and expenses.

**SIGNED this 5th day of November, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE